In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-427 CV


____________________



TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant



V.



LORIE REGISTER, Appellee






On Appeal from the 1st District Court


Jasper County, Texas


Trial Cause No. 24939






MEMORANDUM OPINION


 The appellant, Texas Department of Public Safety, filed a motion to dismiss this
appeal. The appellant alleges that the issues made the basis of this appeal have been
mooted by the death of the appellee. The Court finds that this motion is voluntarily made
by the appellant prior to any decision of this Court and should be granted. Tex. R. App.
P. 42.1(a)(1). No other party filed a notice of appeal. The motion to dismiss is granted
and the appeal is therefore dismissed.

 APPEAL DISMISSED. 

 ___________________________

 HOLLIS HORTON

 Justice

Opinion Delivered August 11, 2005

Before McKeithen, C.J., Gaultney and Horton, JJ.